# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00290-RJC-DSC

| | | |
|---|---|---|
| AT THE CROSS FELLOWSHIP BAPTIST CHURCH, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| CITY OF MONROE, NC, | ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Erik Stanley, Christiana Holcomb and Raymond W. Kaselonis, Jr.]" (documents # 8, 9 and 10) filed June 7, 2018. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: June 8, 2018

David S. Cayer
United States Magistrate Judge